FILED
August 18, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR. S-09-0222 GEB-03 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MINH YAT THAM, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MINH YAT THAM</u>, Case No. <u>CR. S-09-0222 GEB</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     ✔ Bail Posted in the Sum of $ <u>78,000 ($53,000 secured and $25,000 cash bail)</u>

     __ Unsecured Appearance Bond

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond with Surety

     __ Corporate Surety Bail Bond

     ✔ (Other)   <u>with pretrial supervision and conditions of release as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 18, 2009</u> at <u>2:40 p.m.</u>

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge