**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR. S-09-0222 TLN |
| ) | |
| Plaintiff ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| v ) | SENTENCING AND BRIEFING |
| ) | ORDER |
| MINH THAM ) | |
| ) | DATE:  May 15, 2014 |
| Defendant ) | Time:  9:30 AM |
| ) | Court: Troy L. Nunley |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to May 15, 2014 at 9:30 AM. The Draft PSR will be due on March 20, 2014; Objections will be due on April 3, 2014; Final PSR will be due on April 10, 2014; motions for corrections will be due on April 17, 2014; Reply will be due on April 24, 2014.

///

///

///

///

-1-

This extension of time is necessitated by the parties conflicting schedules, and the desire to accommodate all of them.

Dated: March 12, 2014          Respectfully submitted,

                               /s/MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


**IT IS SO STIPULATED**

DATED: March 12, 2014          /s/MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant Tham

DATED: March 12, 2014          /s/HEIKO COPPOLA
                               Heiko Coppola
                               Assistant United States Attorney


**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until May 15, 2014 at 9:30 AM. It is further ordered that the agreed to briefing schedule shall be adopted.

Dated: March 14, 2014

                               _____
                               Troy L. Nunley
                               United States District Judge

-2-