**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-09-0222 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING |
| v ) | SENTENCING AND BRIEFING |
| ) | ORDER |
| MINH THAM, ) | |
| ) | DATE:  June 26, 2014 |
| Defendant. ) | Time:  9:30 AM |
| ) | Court: TJN |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued from May 15, 2014 to June 26, 2014, at 9:30 AM. The Draft PSR has been prepared. However, in order to effectively prepare a response, some additional investigation and documentary research will be necessary. In addition, Mr. Coppola has a military obligation that he must perform. By agreement, informal objections will be due on May 3, 2014; Final PSR will be due on June 10, 2014; motions for corrections will be due on June 20, 2014.

-1-

This extension of time is necessitated by the parties in order for defendant to do the necessary investigation and to accommodate the prosecutor's military obligation.

Dated: March 27, 2014            Respectfully submitted,

                                 /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant


**IT IS SO STIPULATED**

DATED: March 27, 2014            /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant Tham

DATED: March 27, 2014            /s/HEIKO COPPOLA
                                 Heiko Coppola
                                 Assistant United States Attorney


**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until June 26, 2014 at 9:30 AM. It is further ordered that the agreed to briefing schedule shall be adopted.

DATED:  March 27, 2014

                                 Troy L. Nunley
                                 United States District Judge

-2-