**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-222 TLN |
| ) | |
| Plaintiff ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| v ) | |
| MINH THAM, ) | |
| ) | DATE:  July 31, 2014 |
| Defendant. ) | Time:  9:30 AM |
| ) | Court: TJN |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to July 31, 2014, at 9:30 AM. This extension of time is necessitated by the parties various and conflicting schedules and in order for counsel and defendant to meet and discuss the final PSR.

Dated: June 18, 2014            Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

-1-

```
DATED: June 18, 2014            /s/MICHAEL B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Defendant Tham


DATED: June 18, 2014            /s/HEIKO COPPOLA
                                Heiko Coppola
                                Assistant United States Attorney
```

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until July 31, 2014 at 9:30 AM.

**Dated: June 19, 2014**

Troy L. Nunley
United States District Judge