**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-0222 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ORDER CONTINUING |
| v | ) | SENTENCING |
| MINH THAM, | ) | |
| | ) | DATE: October 2, 2014 |
| Defendant. | ) | Time: 9:30 AM |
| | ) | Court: TLN |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to October 2, 2014 at 9:30 AM.

This extension of time is necessitated by the parties conflicting schedules, and the desire to accommodate all of them.

Dated: July 29, 2014          Respectfully submitted,

                              /s/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant

-1-

**IT IS SO STIPULATED**

```
DATED: July 29, 2014            /s/MICHAEL B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Defendant Tham


DATED: July 29, 2014            /s/HEIKO COPPOLA
                                Heiko Coppola
                                Assistant United States Attorney
```

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until October 2, 2014 at 9:30 AM.

```
DATED:  July 29, 2014           _____
                                Troy L. Nunley
                                United States District Judge
```