**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Minh Tham

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:09-cr-0222 TLN |
| ) | |
| Plaintiff ) | |
| ) | ORDER EXONERATING BOND |
| v ) | AND RECONVEYING PROPERTY |
| ) | AND RETURNING CASH |
| MINH THAM, ) | DEPOSIT. |
| ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on October 2, 2014, for judgment and sentence. Sentence was imposed and on November 28, 2014, defendant self-surrendered to the Bureau of Prisons, Englewood SCP. http://www.bop.gov.

Sentence having been imposed, the bond posted in the above-entitled action is hereby exonerated, to wit,

1. The Sum of $25,000 posted by Linda Thang, Livermore California. August 18, 2009, Doc. 75, District Court Receipt #CAE200019302;

2. Deed of Trust from Suong Phat Truong and Hong P. Truong, #20090818; 7198 Rotella Dr., Sacramento, CA 95824. August 27, 2009, Doc 77.

Dated: December 9, 2014

**IT IS ORDERED THAT:**

The bond posted is by defendant Minh Tham in this case is exonerated. The cash deposit of $25,000 submitted by Linda Thang is to be returned to her and the Deed of Trust received from Song Phat Truong and Hong P. Trong Nguyen as collateral on August 27, 2009, Doc 77, be reconveyed.

**Dated:  December 11, 2014**

Troy L. Nunley
United States District Judge